UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------x

UNITED STATES OF AMERICA,

        -v-

VINCENZO GENOVESE,

        Defendant.

-------------------------------------------------x

Hon. Katharine S. Hayden

Criminal No. 11-165(KSH)

**ORDER**

    Upon the application of Jeffrey C. Hoffman, Hoffman & Pollok, LLP, attorneys for the above named defendant, and no opposition appearing, it is hereby

    It is on this 10th day of September, 2012,

    ORDERED that the United States Department of Probation shall release and return the passport of Vincenzo Genovese, who was sentenced to a term of one year probation and six months home detention on July 12, 2012; and it is further

    ORDERED that Vincenzo Genovese's passport shall be released to his attorneys: Hoffman & Pollok, LLP, c/o Susan C. Wolfe, Esq., 260 Madison Avenue, New York, NY 10016.

                                      /s/ Katharine S. Hayden

                                      _____

                                      KATHARINE S. HAYDEN
                                      United States District Judge